**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT AVERY,
an individual,

        Case No.: 8:16-cv-2646-MSS-JSS

    Plaintiff,
v.

BLUESTEM ENTERPRISES, INC.,
a/k/a BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,
a foreign for-profit corporation,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, ROBERT AVERY (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, BLUESTEM ENTERPRISES, INC., a/k/a BLUESTEM BRANDS, INC., d/b/a FINGERHUT (hereinafter "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—counsel will execute and file a *Joint Stipulation for Dismissal with Prejudice*.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 6th day of March 2017.

<div style="margin-left: 40%">

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 0093088**
**Gregory H. Lercher, Esq., FBN 0106991**
**Sara J. Weiss, Esq., FBN 0115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 6th day of March 2017 to:

Peter B. King, Esq.
Kimberly A. Koves, Esq.
Ailen Cruz, Esq.
Wiand Guerra King, P.A.
5505 W. Gray Street
Tampa, FL 33609
pking@wiandlaw.com
kkoves@wiandlaw.com
acruz@wiandlaw.com
*Attorneys for Defendant*

<div style="margin-left: 40%">

/s/ *Aaron M. Swift*
Attorney

</div>